AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**E-filing**

| Levi Strauss & Co. | ) |
|---|---|
| *Plaintiff* | ) CV 11  4787 |
| v. | ) Civil Action No. |
| YMI Jeanswear, Inc. | ) |
| *Defendant* | ) NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YMI Jeanswear, Inc.
1155 S. Boyle Avenue
Los Angeles, CA 90023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory S. Gilchrist / Gia L. Cincone
Kilpatrick, Townsend and Stockton LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
(415) 576-0200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

HELEN ALMACEN

Date: SEP 27 2011

*Signature of Clerk or Deputy Clerk*