UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br>            Plaintiff, <br><br> v. <br><br> YMI JEANSWEAR, INC., <br><br>            Defendant. | Case No. 11-04787 NC <br><br> **ORDER GRANTING STIPULATION** <br><br> Re: Dkt. No. 5 |

The parties submitted a stipulation to the Court on October 20, 2011 requesting that the Court extend the time to respond to the complaint to November 3, 2011. Dkt. No. 5. The stipulation is GRANTED.

IT IS SO ORDERED.

DATED: October 21, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-04787 NC
ORDER GRANTING STIPULATION