1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 NORTHERN DISTRICT OF CALIFORNIA
8 SAN FRANCISCO DIVISION
9

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> YMI JEANSWEAR, INC., <br><br> Defendant. | Case No. 11-04787 NC <br><br> **ORDER GRANTING STIPULATION** <br><br> Re: Dkt. No. 7 |

The parties submitted a stipulation to the Court on November 7, 2011 requesting that the Court extend the time to respond to the complaint to November 17, 2011. Dkt. No. 7. The stipulation is GRANTED.

IT IS SO ORDERED.

DATED: November 8, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-04787 NC
ORDER GRANTING STIPULATION