UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> YMI JEANSWEAR, INC., <br><br> Defendant. | Case No. 11-04787 NC <br><br> **CASE MANAGEMENT ORDER** |

The parties attended a case management conference on January 11, 2012. After considering the representations made by the parties at the conference and the parties' joint case management statement, Dkt. No. 12, the Court orders the following:

1. ALTERNATIVE DISPUTE RESOLUTION. This matter is referred to the ADR mediation panel. The parties must complete mediation by March 11, 2012.

2. DISCOVERY. The parties must exchange initial disclosures by January 25, 2012. The parties must complete all non-expert discovery by June 29, 2012.

3. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions will proceed as follows:

(A) By July 16, 2012, plaintiff must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

(B) By August 17, 2012, defendant must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

(C) By September 28, 2012, the parties must complete all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4).

4. FURTHER CASE MANAGEMENT CONFERENCE. A further case management conference will be held on July 11, 2012, at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement at least one week prior to the conference. *See* Civil L.R. 16-10(d).

5. PRETRIAL MOTIONS. The parties must file and serve all pretrial motions no later than October 17, 2012.

6. PRETRIAL STATEMENTS. The parties must meet and confer to discuss the preparation of a joint pretrial statement, and on or before November 7, 2012, counsel must file a joint pretrial statement.

7. PRETRIAL CONFERENCE. The final pretrial conference will be held on November 14, 2012, at 2:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel must attend the conference.

8. TRIAL DATE. Jury trial will begin on December 3, 2012, at 9:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: January 11, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-04787 NC
CASE MANAGEMENT
ORDER                                        2