KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (SBN # 111536)
GIA L. CINCONE (SBN# 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

MARK D. BRUTZKUS – Bar No. 128102
ROBERT L. HANDLER – Bar No. 90306
JEFFREY A. KOBULNICK – Bar No. 228299
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California  91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:  mbrutzkus@ebg-law.com
            rhandler@ebg-law.com
            jkobulnick@ebg-law.com

Attorneys for Defendant
YMI JEANSWEAR, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>            Plaintiff,<br><br>      v.<br><br>YMI JEANSWEAR, INC.,<br><br>            Defendant. | Case No. CV 11-4787 NC<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND [PROPOSED] ORDER**<br><br>CMC Date:  August 8, 2012<br>CMC Time:  10:00 a.m.<br>Judge: Hon. Nathanael Cousins |

   Plaintiff Levi Strauss & Co. and defendant YMI Jeanswear, Inc. (collectively, the "Parties"), by and through their attorneys of record, hereby notify the Court that the Parties have reached a tentative settlement of their dispute.  The Parties are in the process of documenting the terms of the settlement, and hope to dismiss this action shortly.

1  The Parties respectfully request that the upcoming Case Management Conference scheduled
2  for August 8, 2012 be continued, and that all case management dates be suspended for 30 days while
3  the parties finalize their settlement.  Alternatively, if the Court believes it necessary, the Parties would
4  not object to entry of an Order of Conditional Dismissal that would allow plaintiff to reactivate this
5  case in its entirety if the settlement is not finalized within 30 days.

DATED:  August 3, 2012        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ Gia L. Cincone
     Gia L. Cincone
     Attorneys for Plaintiff
     LEVI STRAUSS & CO.

DATED:  August 3, 2012        EZRA BRUTZKUS GUBNER LLP

By:  /s/ Jeffrey A. Kobulnick
     Jeffrey A. Kobulnick
     Attorneys for Defendant
     YMI JEANSWEAR, INC.

Case Management Conference is continued to September 12, 2012, 10:00am.
IT IS SO ORDERED.

DATED:  August 3, 2012        _____
                              Hon. Nathaneal Cousins
                              United States Magistrate Judge

64466142v1